# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>RODNEY M. GUINN, JR.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

3:25-MJ-*2351*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 11, 2024 _____ in the county of _____ Knox _____ in the _____ Eastern _____ District of _____ Tennessee _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(i) | Arson of a building used in interstate commerce |

This criminal complaint is based on these facts:

See attached Affidavit of Martha Manuel, FBI, incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Martha Manuel, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/9/25 _____

_____
*Judge's signature*

City and state: _____ Knoxville TN _____

HONORABLE JILL E. McCOOK
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, **Martha Manuel,** being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint charging RODNEY

GUINN, JR. ("GUINN") with one count of violating 18 U.S.C. § 844(i)—arson of a building

using in interstate commerce.

2.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been

so employed since February 2018.  I am a "federal law enforcement officer" within the meaning

of Rule 41 of the Federal Rules of Criminal Procedure.  My primary duties and responsibilities

involve the investigation of violations of federal law, including criminal civil rights laws and

public corruption offenses, among others.  I have also been involved in investigations of drug

trafficking, counterintelligence, complex financial crimes, and violent crimes.  I am currently

assigned to the Knoxville Field Office of the FBI and am assigned to the White Collar Squad.

3.      I have participated in numerous investigations involving allegations of civil rights

violations, corruption, bribery, extortion, wire fraud, bank fraud, tax fraud, and other financial

crimes.  I have also assisted other agents in narcotics investigations. I have also sought, obtained,

and executed numerous search warrants in investigations for such crimes.

4.      The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses.  This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set

forth all my knowledge about this matter.

## PROBABLE CAUSE

5.      On Sunday August 11, 2024, at approximately 1600 hours, a fire occurred in the basement of the HOLY GHOST CATHOLIC CHURCH (hereinafter, "the church") located at 1041 N Central St., Knoxville, TN.  Two fires were started in the men's bathroom in the basement of the church, beneath the sanctuary, while some people were sitting in the church just above the sanctuary and others were still arriving at the church for a Sunday afternoon Mass. The Knoxville Fire Department identified the fires as arson.

6.      Surveillance video provided by the church showed three persons walk by the church multiple times on August 11, 2024, between approximately 15:39 and 15:55.  The individuals were later identified as Rodney Marlin Guinn Jr (GUINN), Trevyn Pressley (PRESSLEY), and Minor Witness 1 (MW1)[1].

7.      At approximately 15:55, GUINN entered the Northeast doors of the church. The Northeast doors opened into a vestibule with direct access to stairs leading downstairs to the site of the fires.  Here is a still image from church video showing GUINN approaching the church entry doors:

_____

[1] Minor Witness 1 is a minor whose identity is known to investigators on this case.

2



8.       At approximately 16:02, GUINN exited the church using the same set of doors and walked southeast on N. Central St. At approximately 16:10, videos from the church show smoke visible in the room adjacent to the men's restroom. Here is a still image from the church video showing GUINN leaving the church:

3



9.      At approximately 16:10, GUINN, PRESSLEY, and MW1 approached the North side of the church and were observed looking toward the basement window of the men's bathroom, as depicted in this still image from the church video:

4



10.    At approximately 16:11 GUINN, PRESSLEY, and MW1 walked away from the

church as what appeared to be smoke was coming from the church.  Surveillance images showed

GUINN wearing black pants and a black long sleeve graphic print shirt.



11. The Knoxville Fire Department's report identified two congregants of the church as the individuals who discovered the two fires in the men's bathroom, to include active flames in a plastic trash can in the main area of the bathroom and a burning pile of toilet paper in a locked bathroom stall. The two congregants put out the fire with water and removed the debris.

12. On approximately September 9, 2025, still photographs from the church surveillance video of GUINN, PRESSLEY, and MW1 were posted to the TN Crime Stoppers website. TN Crime Stoppers forwarded approximately fifteen tips, all of which identified GUINN, PRESSLEY, and MW1 or some combination thereof, as the persons in the photographs.

13. On September 15, 2025, FBI Knoxville Special Agents conducted a voluntary interview of PRESSLEY outside his residence. PRESSLEY confirmed he was the man in the church surveillance video and identified GUINN and MW1 by name as the other two persons seen in the video. According to PRESSLEY, GUINN said he needed to use the bathroom and

6

entered the church. When GUINN came out of the church, GUINN told PRESSLEY he had started a fire in the bathroom.

14.     On September 19, 2025, FBI Knoxville Special Agents conducted a voluntary interview of MW1 outside his/her residence. MW1 was shown a still photograph from the church surveillance video and identified GUINN, PRESSLEY, and himself/herself. MW1 stated the trio were walking by the church and GUINN stated he needed to use the restroom and said he wanted to set the church on fire. GUINN smoked and always had a lighter on his person, which MW1 believed he used to set the fire. When GUINN exited the church, he told MW1 and PRESSLEY that he started the fire. MW1 stated that GUINN was happy about it. PRESSLEY believed after GUINN set fire to the church, GUINN, PRESSLEY and MW1 returned to GUINN's residence near the church.

15.     GUINN lives within a 0.3-mile walk of the church.

16.     On September 9, 2025, law enforcement incident reports identified Knoxville Police Department (KPD) was dispatched to GUINN's residence in response to a tip provided to 911 that stated GUINN was the one who had set fire to the church. GUINN denied setting fire to the church when questioned by KPD. No further action was taken by KPD in response to the complaint.

## INTERSTATE COMMERCE

17.     On November 25, 2025, FBI Agents interviewed Phil Birge, the office manager for the church. According to Birge, the church regularly livestreams church services and events (e.g., weddings and funerals) via the church's YouTube and Facebook pages. The church began

7

livestreaming services during the COVID-19 pandemic in approximately 2020 or 2021 and continues to livestream on a regular basis.

18. In furtherance of its livestreaming operations, the church purchased three cameras at approximately $1500 each, at least two computers, multiple microphones, a sound system, and equipped the church with internet equipment capable of livestreaming, for an approximate total of eight to ten thousand dollars in initial investment.

19. The livestream is filmed by a parishioner, and the church pays a third-party company an annual fee to convert the livestream using for-pay software to post the livestreams to the church's YouTube and Facebook pages.[2] In addition to regular mass services, the church livestreams weddings and funerals at parishioners' requests. The church's congregation is approximately one-quarter to one-third Hispanic, and these congregants attend the church's Spanish language mass. Church leadership estimates that many of the livestream viewers are family members of Hispanic congregants living outside the United States. According to the church's YouTube page, the church has livestreamed approximately 719 videos, including regular mass, music recitals, ordinations, press conferences, among other events.

20. The church has served as a rental wedding venue for many years, to include wedding planners, videographers, and organists. Non-parishioners pay a fee of $1,750 per wedding to use the facility, which is only available to members of the Catholic faith. The non-parishioners are often University of Tennessee students from other states who want to be married

_____

[2] Holy Ghost Church, YouTube, *available at*
https://www.youtube.com/channel/UC3_dE7pLB1XzZPG-r0vDBDQ.

8

in the Knoxville area. The church made approximately $11,500 from weddings in the year 2024; the church's income from renting its building for weddings was similar in 2022 and 2023.

21.     Non-parishioners who want to rent the church building can also purchase video or livestreaming of the wedding. The video is performed by a church parishioner using church equipment. The video fees are collected by the parishioner, not the church. Customers may also contract with an organist and/or cantor for music during the ceremony, with the fees going to the parishioner performing at the ceremony.

22.     The St. Benedict Catholic Co-op is a homeschool program under the national group CATHOLIC SCHOOL HOUSE. The homeschool uses the church for its program once per week, holding classes in the basement of the church one day per week.  The tuition for the homeschool is a yearly tuition of $300 plus supply costs, which are paid to the St Benedict Catholic Co-op, not to the church. The church does not charge the program any rental fees.

## CONCLUSION

23.     There is probable cause that GUINN set fire to the church and, in so doing, violated 18 U.S.C. § 844(i).

Respectfully submitted,

Martha Manuel
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me
on this 9th day of December 2025.

Jill E. McCook
Jill E. McCook
U.S. Magistrate Judge

9