

**FILED**

JAN 7 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:26CR5 |
| | ) | |
| RODNEY MARLIN GUINN, Jr. | ) | Judge: Varlan/McCook |

### INDICTMENT

### COUNT ONE
### Malicious Use of Fire
### (18 U.S.C. § 844(i))

On or about August 11, 2024, in the Eastern District of Tennessee, the defendant RODNEY MARLIN GUINN, Jr., maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is, the Holy Ghost Catholic Church located at 1041 N. Central Street, Knoxville, Tennessee 37917.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

Francis M. Hamilton III
United States Attorney

By: _____
William A. Roach, Jr.
Assistant United States Attorney