UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:26-CR-5-TAV-JEM |
| ) | |
| RODNEY M. GUINN, Jr., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Rodney M. Guinn, Jr.'s Unopposed Motion to Continue All Deadlines and Trial [Doc. 20], which he filed on February 12, 2026.

Defendant Guinn asks the Court to continue the trial and deadlines in his case [*Id*. at 1]. In support of his motion, Defendant asserts he was appointed counsel at his initial appearance on January 23, 2026 [*Id.* ¶ 1]. Defendant says his counsel needs additional time to review discovery, and the parties are continuing to negotiate terms of a potential plea agreement [*Id.* ¶ 2]. Defendant says his counsel and the Government are in good communication as they work to reach a solution, and a continuance will permit the parties an opportunity to make a full resolution of all issues pending against him [*Id.* ¶ 4]. Defendant understands the period of time between the filing of his motion and a rescheduled trial date is excludable under the Speedy Trial Act [*Id.* ¶ 5]. Defendant informs the Court that the Government does not object to the requested continuance [*Id.* ¶ 6].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Specifically, the parties need additional time to review discovery, explore potential resolution, and, if unsuccessful, prepare for trial. The Court finds that this cannot occur before the March 17, 2026 trial date.

The Court therefore **GRANTS** Defendant's Motion to Continue [**Doc. 20**]. The trial date is reset to **May 12, 2026**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on February 12, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Motion to Continue [**Doc. 20**] is **GRANTED**;

(2) the trial date is reset to commence on **May 12, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **February 12, 2026**, and the new trial date of **May 12, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is on or before **March 20, 2026**, and responses to pretrial motions are due on or before **April 3, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **April 13, 2026**;

(6) the deadline for filing motions *in limine* is **April 27, 2026**, and responses to motions *in limine* are due on or before **May 5, 2026**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **April 28, 2026, at 11:00 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **May 1, 2026**.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge