UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )          No.:   3:26-CR-5-TAV-JEM
                                   )
RODNEY M. GUINN, JR.,              )
                                   )
            Defendant.             )

## **ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on July 9, 2026 [Doc. 43], recommending that the Court deny defendant's Motion to Dismiss Count Two [Doc. 34]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After a careful, *de novo* review of the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 43] and **DENIES** defendant's Motion to Dismiss Count Two [Doc. 34].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE